# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

DOUGLAS W. KAISER,                          Civil No. 06-4239 (RHK/SRN)

        Petitioner,                          **ORDER**

v.

DAKOTA COUNTY DISTRICT COURT,

        Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated December 20, 2006.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

2. Petitioner's application to proceed in forma pauperis (Doc. No. 2) is **DENIED**; and

3. This action is **DISMISSED FOR LACK OF JURISDICTION**.

DATED: January 17, 2007

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge